# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-MJ-00073-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARCUS D. MCEACHIN, )<br>)<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Information. [Doc. 14].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Information [Doc. 14] is **GRANTED**, and the Bill filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: October 25, 2016

Martin Reidinger
United States District Judge